# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **Zyrcuits IP LLC,** | Case No. |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Waxman Industries, Inc.** | |
| Defendant. | |

### PLAINTIFF ZYRCUITS IP LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Zyrcuits IP LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

Dated: April 28, 2021        Respectfully submitted,

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

**Counsel for Plaintiff
Zyrcuits IP LLC**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on April 28, 2021, via the Court's CM/ECF system.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)