**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ZYRCUITS IP LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**WAXMAN INDUSTRIES, INC.,**<br><br>    Defendant. | Civil Action No.: 1:21-cv-00593-CFC<br><br>**TRIAL BY JURY DEMANDED** |

**STIPULATION AND PROPOSED ORDER
TO EXTEND TIME TO ANSWER THE COMPLAINT**

IT IS HEREBY STIPULATED by the undersigned counsel for Plaintiff, Zyrcuits IP LLC, subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to the complaint in this action shall be extended an additional sixty (60) days, up to and including July 20, 2021.

The requested extension will not prejudice any party.

Dated: May 14, 2021

Respectfully submitted,

CHONG LAW FIRM PA

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (877) 796-4627
Email: chong@chonglawfirm.com

ATTORNEY FOR PLAINTIFF

SO ORDERED this _____ day of May, 2021.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

I, Jimmy Chong, certify that on May 14, 2021 this document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jimmy Chong*	
Jimmy Chong (#4839)